AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Martinez, Lourdes A. | U.S. District Court, NM | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U. S. Courthouse
100 North Church Street
Las Cruces, New Mexico 88001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | SINCE 2003 | PUBLIC EMPLOYEES RETIREMENT ASSOC AND JUDICIAL RETIREMENT PLANS, FOR THE STATE OF NEW MEXICO, PAYABLE WHEN EMPLOYEE OBTAINS THE AGE OF 65 YEARS; NO CONTROL |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | IS A SHAREHOLDER/EMPLOYEE OF A LAW FIRM - SALARY WAS NOT PAID AS AN ATTORNEY - LAW FIRM IS WINDING DOWN |
| 2. | 2011 | IS A MEMBER/ATTORNEY OF A LAW FIRM - THERE WERE NO GUARANTEE PARTNER PAYMENTS IN 2011 - FIRM IS WINDING DOWN |
| 3. | 2011 | IS A MEMBER/ATTORNEY OF A LAW FIRM - SALARY IS PAID TO AS WELL AS DISTRIBUTIONS |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LLC | 01/01/11 TO 12/31/11 | NEW MEXICO | MILEAGE IN CONNECTION WITH LAW FIRM BUSINESS | PERSONAL AUTO MILEAGE REIMBURSEMENT-PAID AT IRS MILEAGE RATES |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK OF THE RIO GRANDE, LAS CRUCES NM (SEE NOTE IN PART VIII) | MORTGAGE ON COMMERCIAL PROPERTY HELD IN PARTNERSHIP | M |
| 2. | MISCELLANEOUS VENDORS & STATE OF NEW MEXICO | PAYROLL TAXES & NEW MEXICO STATE SALES TAX - ALL CURRENT | J |
| 3. | MISCELLANEOUS VENDORS, IRS & STATE OF NEW MEXICO | PAYROLL RELATED TAXES; ACCTS PAYABLE & NEW MEXICO STATE SALES TAX ( LLC) - ALL CURRENT | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.       25% OWNERSHIP | | | | | | | | | 2010-1 ENTITY NAME |
| 2.   -a) Commercial Building Dona Ana County, NM | B | Rent | M | W | | | | | 2010-2 |
| 3.   -b) Cash and other misc assets | A | Interest | K | U | | | | | 2010-3 |
| 4.       16.67 % OWNERSHIP | B | Dividend | J | U | | | | | 2010-4 |
| 5.   16.67% OWNERSHIP X | | | | | | | | | 2010-5 ENTITY NAME |
| 6.   -a) cash, furniture and equip and other misc assets | C | Distribution | J | U | | | | | 2010-6 |
| 7.   -b) accounts receivable | E | Distribution | J | U | | | | | 2010-7 |
| 8.       LLC | | | | | | | | | 2010-8 ENTITY NAME |
| 9.   -a) cash, furniture and equip and other misc assets | C | Distribution | J | U | | | | | 2010-9 |
| 10.   -b) accounts receivable | E | Distribution | J | U | | | | | 2010-10 |
| 11.   US BANK/CHECKING ACCOUNT- #1 | A | Interest | J | T | | | | | 2010-11 ENTITY NAME CHANGE |
| 12.   US BANK/CHECKING ACCOUNT- #2 | A | Interest | J | T | | | | | 2010-12 ENTITY NAME CHANGE |
| 13.   US BANK/ACCOUNT - CD #3 | A | Interest | J | T | | | | | 2010-13 ENTITY NAME CHANGE |
| 14.   CENTURY BANK-CHECKING ACCOUNT #1 - X | A | Interest | J | T | Open | 01/31/11 | J | | NEW ACCOUNT 2011 |
| 15.   CENTURY BANK-SAVINGS ACCOUNT #2 - X | A | Interest | J | T | Open | 01/31/11 | K | | NEW ACCOUNT 2011 |
| 16.   STATE OF NEW MEXICO PUBLIC EMPLOYEE RETIREMENT | B | Int./Div. | M | T | | | | | 2010-14"ACCOUNT MANAGER" |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. NM STATE DEFERRED COMPENSATION ACCOUNT (IRC CODE 457): | | | | | | | | | 2010-15 "ACCOUNT MANAGER" |
| 18. -a) Fidelity - (R) Diversifed International Fund | A | Dividend | J | T | | | | | 2010-16 |
| 19. -b) State of New Mexico Public Employees- Stable Value Fund | A | Dividend | J | T | | | | | 2010-18 |
| 20. -c) T Rowe Price-Mid-Cap Growth Fund | A | Dividend | J | T | | | | | 2010-19 CORRECTED NAME |
| 21. -d) American Funds Growth Fund America R 6 | A | Dividend | J | T | | | | | 2010-20 |
| 22. -e) Oakmark Equity and Income Fund I | A | Dividend | J | T | | | | | 2010-21 |
| 23. MINNESOTA LIFE, VAR ADJ LIFE INSURANCE - CASH SUR VALUE #1: | | | | | | | | | 2010-22 "ACCOUNT MANAGER" |
| 24. -a) Advantus-Bond Fund (Life ins #1) | A | Dividend | J | T | | | | | 2010-23 |
| 25. -b) IVY VIP Growth Portfolio (Life ins #1) | A | Dividend | J | T | | | | | 2010-24 |
| 26. -c) IVY VIP International Value Portfolio (Life ins #1) | A | Dividend | J | T | | | | | 2010-25 |
| 27. -d) IVY VIP Small Cap (Life ins #1) | A | Dividend | J | T | | | | | 2010-26 |
| 28. -e) IVY VIP Value Portfolio (Life ins #1) | A | Dividend | J | T | | | | | 2010-27 |
| 29. MINNESOTA LIFE, VAR ADJ LIFE INSURANCE - CASH SUR VALUE #2: | | | | | | | | | 2010-28 "ACCOUNT MANAGER" |
| 30. -a) Advantus-Bond Fund (Life ins #2) | A | Dividend | J | T | | | | | 2010-29 |
| 31. -b) IVY VIP Growth Portfolio (Life ins #2) | A | Dividend | J | T | | | | | 2010-30 |
| 32. -c) IVY VIP International Value Portfolio (Life ins #2) | A | Dividend | J | T | | | | | 2010-31 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. -d) IVY VIP Core Equity (Life ins #2) | A | Dividend | J | T | | | | | 2010-32 |
| 34. -e) IVY VIP Mid Cap Growth Portfolio (Life ins #2) | A | Dividend | J | T | | | | | 2010-33 |
| 35. SIMPLE IRA PLAN - CAMBRIDGE INVEST | | | | | | | | | 2010-34 "ACCOUNT MANAGER" |
| 36. -a) Fidelity-Advanced Financial Services-CL C (Simple IRA) | A | Dividend | J | T | | | | | 2010-35 |
| 37. -b) Fidelity Advanced Health Care CL C (Simple IRA) | A | Dividend | K | T | | | | | 2010-36 |
| 38. -c) Fidelity Advanced Equity Income CL C (Simple IRA) | A | Dividend | J | T | | | | | 2010-37 |
| 39. -d) Fidelity Advanced Dividend Growth Fund C C (Simple IRA) | A | Dividend | K | T | | | | | 2010-38 |
| 40. SIMPLE PLAN | | | | | | | | | 2010-39 "ACCOUNT MANAGER" |
| 41. -a) Fidelity Cash Reserves | A | Interest | J | T | | | | | 2010-40 |
| 42. -b) Fidelity Cash Dividend Growth | A | Dividend | K | T | | | | | 2010-41 |
| 43. IRA #1 - MERRILL LYNCH, as follows: | | | | | | | | | 2010-42 "ACCOUNT MANAGER" |
| 44. -a) Blackrock Global - Allocation Fund Inc C (IRA #1) | A | Dividend | J | T | | | | | 2010-43 |
| 45. -b) Loomis Sayles Strategic-Income Fund Class C (IRA #1) | A | Dividend | J | T | | | | | 2010-44 |
| 46. -c) Merrill Lynch-Bank USA RASP(IRA #1) | A | Dividend | J | T | | | | | 2010-45 |
| 47. -d)ING GOLDEN SELECT PREMIUM PLUS (IRA #1) as follows: | | | | | | | | | 2010-46 "ACCOUNT MANAGER" |
| 48. -1) T Rowe Price-Capital Appreciation (IRA #1) | A | Dividend | J | T | | | | | 2010-47 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. -2) T Rowe Price - International Stock Portfolio (IRA #1) -X | A | Dividend | J | T | | | | | 2010-48 X - NAME CHANGE |
| 50. -3)ING Pioneer Invest Man-Mid Cap Value Portifolio (IRA #1) | A | Dividend | J | T | | | | | 2010-49 |
| 51. -4) ING Investments-Mid Cap Opportunities Portfolio (IRA #1) | A | Dividend | J | T | | | | | 2010-50 |
| 52. -5)Fidelity-FMR SM Diversified Mid Cap (IRA #1) | A | Dividend | J | T | | | | | 2010-51 |
| 53. -6) ING Investment Management-Liquid Assets (IRA #1) | A | Dividend | J | T | | | | | 2010-52 |
| 54. -7) ING Russell Mid Cap Growth Index Port | A | Dividend | J | T | | | | | 2010-53 |
| 55. IRA #2 - MERRILL LYNCH, as follows: | | | | | | | | | 2010-54 "ACCOUNT MANAGER" |
| 56. -a) Blackrock Global-Allocation Fund Inc C (IRA #2) | A | Dividend | J | T | | | | | 2010-55 |
| 57. -b) Loomis Sayles Strategic-Income Fund Class C (IRA #2) | A | Dividend | J | T | | | | | 2010-56 |
| 58. -c) Templeton Foreign Fund-Class A (IRA #2) | A | Dividend | J | T | | | | | 2010-57 |
| 59. -d) Merrill Lynch-Bank USA RASP (IRA #2) | A | Dividend | J | T | | | | | 2010-58 |
| 60. -e) ING GOLDEN SELECT PREMIUM PLUS (IRA #2) as follows: | | | | | | | | | 2010-59 "ACCOUNT MANAGER" |
| 61. -1)Fidelity-FMR SM Diversified Mid Cap (IRA #2) | A | Dividend | J | T | | | | | 2010-60 |
| 62. -2) ING Investments-VP Mid Cap Opportunities Porto (IRA #2) | A | Dividend | J | T | | | | | 2010-61 |
| 63. -3)Pioneer Investments- Mid Cap Value Portfolio(IRA #2) | A | Dividend | J | T | | | | | 2010-62 |
| 64. -4)T Rowe Price- Capital Appreciation (IRA #2) | A | Dividend | J | T | | | | | 2010-63 |
| 65. -5) T Rowe Price International Stock Portfolio (IRA #2) - X | A | Dividend | J | T | | | | | 2010-64 X - NAME CHANGE |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. -6) ING Russell Mid Cap Growth Index Port | A | Dividend | J | T | | | | | 2010-65 |
| 67. IRA #3 - ROLL-OVER ACCOUNT, ING ANNUITY & LIFE INS CO: | | | | | | | | | 2010-66 "ACCOUNT MANAGER" |
| 68. -a) ING Annuity & Life Ins Co - USG Multibuilder (IRA #3) | B | Interest | K | T | | | | | 2010-67 |
| 69. IRA #4 - FIDELITY - SIMPLE IRA as follows: - X | | | | | | | | | ACCOUNT MANGER - X |
| 70. -a) Fidelity Adv Financial Services Cl C - X | A | Dividend | J | T | Buy | 11/16/11 | J | | X - NEW |
| 71. -b) Fidelity Adv Health Care Cl C - X | A | Dividend | J | T | Buy | 11/16/11 | J | | X - NEW |
| 72. -c) Fidelity Adv Equity Income Cl C - X | A | Dividend | J | T | Buy | 11/16/11 | J | | X - NEW |
| 73. -d) Fidelity Adv Divident Growth Cl C - X | A | | J | T | Buy | 11/16/11 | J | | X - NEW |
| 74. Working Interest in Oil Well-KAISER-FRANCIS OIL CO | A | Distribution | J | W | | | | | 2010-68 |
| 75. Working Inerest in Oil well - Breck Operating Corp | A | Distribution | J | W | | | | | 2010-69 |
| 76. 10% Interest in ▭ Durango, CO USA | | None | K | W | | | | | 2010-70 |
| 77. Accounts receivable - ▭ ▭ | B | Distribution | J | W | | | | | 2010-71 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2012 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VI: LIABILITIES:

LINE 1 - THIS IS THE _____ PARTNERSHIP LIABILITY FOR THE FIRST MORTGAGE ON A COMMERCIAL BUILDING. THE AMOUNT IS THE ENTIRE CONTINGENT LIABILITY FOR THE LOAN. THE OWNERSHIP OF THE PARTNERSHIP INTEREST IS REPORTED ON PART VII LINE 2.

LINE 2 - THIS IS THE S_____ PARTNERSHIP LIABILITY FOR MISCELLANEOUS PAYROLL AND SALES TAXES. THE AMOUNT IS THE ENTIRE CONTINGENT LIABILITY FOR WHAT IS DUE. THE OWNERSHIP OF THE PARTNERSHIP INTEREST IS REPORTED ON PART VII LINE 5.

PART VII: INVESTMENTS AND TRUSTS:

EACH ASSET IS CROSS REFERENCED TO THE PREVIOUS YEAR (2010) AND THEN THE LINE NUMBER THAT IT WAS REPORTED ON IN THE PREVIOUS YEAR'S REPORT.

LINE 4 - _____ OWNS COMMON STOCK IN A CLOSELY HELD LAW FIRM WHICH NO LONGER EMPLOYS HIM. HOWEVER, _____ MAINTAINS AN EQUITY INTEREST AT THE END OF THE YEAR. COMPANY IS WINDING DOWN.

LINE 5,6 & 7 - _____ OWNS MEMBER UNITS IN A CLOSELY HELD LAW FIRM WHICH NO LONGER EMPLOYS HIM. _____ MAINTAINED AN EQUITY INTEREST AT THE END OF THE YEAR. COMPANY IS WINDING DOWN

LINE 8,9 & 10 - _____ OWNS ALL THE MEMBER UNITS IN A CLOSELY HELD LAW FIRM WHICH EMPLOYS HIM _____ MAINTAINED AN EQUITY INTEREST AT THE END OF THE YEAR. THIS IS A NEW COMPANY AS OF 2010.

LINE 14 - THIS IS A MANDATORY RETIREMENT SYSTEM FOR THE STATE OF NEW MEXICO, SEE PART 2, LINE 1 NO CONTRIBUTIONS WERE MADE IN THE CALENDAR YEAR 2011.

LINE 34 - THIS IS AN ACTIVE SIMPLE PLAN MAINTAINED IN CONNECTION WITH _____ EMPLOYMENT, ANNUAL CONTRIBUTIONS ARE MADE AND ALLOCATED TO INDIVIDUAL ACCOUNT FUNDS.

LINE 39 - THIS IS A NEW ACTIVE SIMPLE PLAN MAINTAINED IN CONNECTION WITH _____ EMPLOYMENT, ANNUAL CONTRIBUTIONS ARE MADE AND ALLOCATED TO INDIVIDUAL ACCOUNT FUNDS.

LINE 43, 47, 55, 60, 67 & 69 - OTHER IRA INVESTMENTS HAVE BEEN BROKEN OUT INTO EACH _____ SEPARATE CUSTODIAL ACCOUNTS.

LINE 49 & 65 - ING USA ANNUITY AND LIFE INSURANCE COMPANY - NAME CHANGE FROM MARSICO CAPITAL MANAGEMENT - INTL OPPORTUNITIES TO T.ROWE PRICE INTERNATIONAL STOCK PORTFOLIO

LINE 74 - THIS IS AN INHERITED 1/3 INTEREST IN A "WORKING INTEREST" OIL WELL INVESTMENT WITH KAISER-FRANCIS OIL COMPANY. THE OWNERSHIP INTEREST IS A BENEFICIAL INTEREST IN A DECEDENT'S ESTATE TRUST AND TITLE HAS NOT PASSED TO THE BENEFICIARY. THE EQUITY INTEREST IS ESTIMATED TO BE VALUED AT NOT OVER $1,000.00.

LINE 75 - THIS IS AN INHERITED 1/3 INTEREST IN A "WORKING INTEREST" OIL WELL WITH THE BRECK OPERATING COMPANY. TITLE HAS NOT BEEN TRANSFERRED _____ THE OWNERSHIP INTEREST IS A BENEFICIAL INTEREST IN A DECEDENT'S ESTATE TRUST AND TITLE HAS NOT PASSED TO THE BENEFICIARY. THE EQUITY INTEREST IS PROBABLY NOT VALUED AT OVER $1,000.00.

LINE 77 - THIS ASSET REPRESENTS THE PURCHASE OF CERTAIN "OLD" ACCOUNT RECEIVABLES FROM THE _____ LAW FIRMS OF _____ AND "_____" THAT WERE PURCHASED DURING THE WINDING DOWN PROCESS OF THOSE COMPANIES.

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lourdes A. Martinez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544